PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

OCT 12 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>NANCY LOPEZ PEREZ,<br><br>                Defendant. | CASE NO. 1:17-MJ-179 SKO<br><br>ORDER RE: REQUEST TO UNSEAL COMPLAINT |

## ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-entitled proceeding shall be unsealed.

Dated: 10/ll/17

BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE